*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Deantwan I. JEFFERSON**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100244**

Decided: 29 December 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Terrance J. Reese

Sentence adjudged 25 May 2021 by a general court-martial convened at Marine Corps Base Camp Butler, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 24 months, and a dishonorable discharge.

For Appellant:
*Commander Michael E. Maffei, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial [RCM] 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.[3]

The findings and sentence as contained in the modified Entry of Judgment are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

[3] Under RCM 1101(a)(1)(A)-(C), the Statement of Trial Results must contain "for each charge and specification referred to trial—a summary of each charge and specification, the plea(s) of the accused; and the finding or other disposition of each charge and specification. This Statement of Trial Results "Section I" did not accurately reflect the summary of each charge and specification. However, our modified Entry of Judgment corrects this oversight. *See Crumpley*, 49 M.J. at 539, n.3.

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100244 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Deantwan I. Jefferson Lance Corporal (E-3), U.S. Marine Corps** *Accused* | *As Modified on Appeal* |
| | **29 December 2021** |

On 25 May 2021, the Accused was tried at Marine Corps Base Camp Butler, Okinawa, Japan, by a general court-martial, consisting of a military judge sitting alone. Military Judge Terrance J. Reese presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Violation of a lawful general order on or about 31 October 2020.**

*Plea:* Guilty.
*Finding:* Guilty.

**Charge II:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:**   **Aggravated assault inflicting grievous bodily harm on or about 31 October 2020.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 25 May 2021, a military judge sentenced the Accused to the following sentence:

**Reduction to the pay grade of E-1.**

*For the sole Specification of Charge I:*
confinement for 24 months.

*For the sole Specification of Charge II:*
confinement for 24 months.

The terms of confinement will run concurrently.

**Confinement for a total of 24 months.**

**A dishonorable discharge.**

The Accused has served 205 days of pretrial confinement and shall be credited with 205 days of confinement already served, to be deducted from the adjudged sentence to confinement.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court